IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOYLE WESLEY HUGHES and
HOLLY HUGHES                                                                                         PLAINTIFFS

V.                                                      CASE NO.:

FORD MOTOR COMPANY;
WRAY FORD, INC.;
DONLEN CORPORATION;
DONLEN TRUST; DONLEN TRUST II;
DONLEN MOBILITY SOLUTIONS, INC.;
REITNOURER ENTERPRISES, INC.;
REITNOUER, INC.; and
STEADY SOURCE CO d/b/a STEADY LANES                                           DEFENDANTS

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, defendant Ford Motor Company ("Ford") removes this action from the Circuit Court of Columbia County, Arkansas, to the United States District Court for the Western District of Arkansas, El Dorado Division. Subject matter jurisdiction exists because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### I.   INTRODUCTION

1.   This lawsuit arises out of an accident that occurred on November 14, 2019, in Columbia County, Arkansas. Plaintiff Doyle Hughes's vehicle collided with a Retinouer semi-trailer. Plaintiffs allege Mr. Hughes sustained injuries resulting from the collision.

2. Plaintiffs initially filed this lawsuit on November 12, 2020, in the Circuit Court of Columbia County, Arkansas, as civil case number 14CV-20-212-6. Plaintiffs then nonsuited that case and re-filed the amended complaint in the Circuit Court of Columbia County, Arkansas, as civil case number 14CV-20-212, on January 31, 2022. Ford was served on March 1, 2022. A true and correct copy of Plaintiffs' Summonses and Amended Complaint, which constitute all pleadings and papers filed to date, are attached as Exhibit A.

3. Ford attaches as Exhibit B the consent forms of consenting defendants that have been properly served in this action and have consented in writing.

4. All properly joined and properly served defendants join in or consent to the removal of this action to this Court as required by 28 U.S.C. § 1446(b)(2).

## II.  THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

5. This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332 had Plaintiffs initially filed this action in federal court. Plaintiffs are not a citizen of the same state as Ford or any other defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. Complete Diversity Exists

6. Plaintiffs are residents and citizens of the state of Arkansas. *See* Am. Compl. at ¶¶ 2, 3.

7. A corporation is a citizen of its state of incorporation and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(l). A

corporation's "principal place of business" means the "actual center of direction, control, and coordination." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

8. Ford is a Delaware corporation with its principal place of business in Michigan. It is therefore a citizen of Delaware and Michigan

9. Defendant Wray Ford, Inc. is a citizen of Louisiana.

10. Defendants Donlen Corporation, Donlen Trust, and Donlen Trust II are citizens of Illinois.

11. Defendants Reitnourer Enterprises Inc., and Reitnourer, Inc. are citizens of Pennsylvania.

12. Defendant Steady Source Co. d/b/a Steady Lanes is a citizen of Illinois.

13. Because plaintiffs are citizens of Arkansas, while all defendants are citizens of states other than Arkansas, there is complete diversity.

**B.   The amount in controversy exceeds $75,000.**

14. Plaintiffs do not assert a specific value for their claims in the Complaint but acknowledge that the damages sought "exceeds the sum required for federal court jurisdiction in diversity of citizenship cases." *See* Am. Compl. at ¶ 33. Plaintiffs seek damages for alleged "serious and permanent injuries," medical expenses, lost income, pain and suffering, mental anguish, loss of income in the past and future, reasonable expenses for help in the home, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, and punitive damages. *See* Am. Compl. at ¶¶ 99-100. These allegations involve damages that easily exceed $75,000, exclusive of interest and costs.

### III.   THIS FILING IS TIMELY

15.   Plaintiffs served Ford on March 1, 2022. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days after plaintiff served Ford. Removal of this action is therefore timely. *See* 28 U.S.C. § 1446(b).

### IV.   VENUE OF REMOVED ACTION

16.   The Western District of Arkansas, El Dorado Division, is the United States District Court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

### V.   NOTICE TO THE STATE COURT

17.   A copy of this Notice of Removal is being served on plaintiffs and filed with the Circuit Court of Columbia County, Arkansas, where this case was originally filed.

### VI.   PLEADINGS IN THE STATE COURT ACTION

18.   All process, pleadings, and orders served upon Ford and other separate defendants in this action are attached as Exhibit A.

### VII.   NON-WAIVER OF DEFENSES

19.   Ford expressly reserves all of its defenses.  By removing the action to this Court, Ford does not waive any rights or defenses available under federal or state law.  Ford expressly reserves the right to move for dismissal of the Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.  Nothing in this Notice of Removal should be taken as an admission that Plaintiffs' allegations are sufficient to state a claim or have any substantive merit.

20.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendant Ford Motor Company removes this action from the Circuit Court of Columbia County, Arkansas, to the United States District Court for the Western District of Arkansas, El Dorado Division, and seeks resolution by this Court of all issues raised herein.

                                            Respectfully submitted,

                                            Edwin L. Lowther, Jr. (81107)
                                            Jessica Pruitt Koehler (2015226)
                                            WRIGHT, LINDSEY & JENNINGS LLP
                                            200 West Capitol Avenue, Suite 2300
                                            Little Rock, Arkansas 72201-3699
                                            (501) 371-0808
                                            FAX: (501) 376-9442
                                            E-MAIL: elowther@wlj.com
                                                                jkoehler@wlj.com

                                            *Attorneys for Ford Motor Company*

CERTIFICATE OF SERVICE

On March 28, 2022, a copy of the foregoing was served by email on .

Paul Byrd
Sara Silzer
Patrick R. Kirby
Dusty Dawn Smith
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Ste. 210
Little Rock, AR 72205

Co-counsel for plaintiffs

/s/ *Jessica Pruitt Koehler*
Jessica Pruitt Koehler