IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOYLE WESLEY HUGHES and
HOLLY HUGHES                                                                                        PLAINTIFFS

v.                                        Case No. 1:22-cv-01020

FORD MOTOR COMPANY;
WRAY FORD, INC.;
DONLEN CORPORATION;
DONLEN TRUST; DONLEN TRUST II;
DONLEN MOBILITY SOLUTIONS, INC.;
REITNOUER ENTERPRISES, INC.;
REITNOUER, INC.; and
STEADY SOURCE CO d/b/a STEADY LANES                                      DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Richard N. Watts. ECF No. 58. No response is necessary.

Richard N. Watts states that he "desires to be relieved as counsel and to withdraw as attorney of record" for Separate Defendant Reitnouer, Inc. *Id.* Separate Defendant Reitnouer, Inc. will continue to be represented by Staci Dumas Carson, Taylor N. Williams, and Bradey Camille Baltz.

The Court finds good cause for the motion (ECF No. 58), which is hereby **GRANTED**. Richard N. Watts is hereby relieved as counsel of record for Separate Defendant Reitnouer, Inc., which will continue to be represented by Staci Dumas Carson, Taylor N. Williams, and Bradey Camille Baltz. The Clerk of Court is **DIRECTED** to remove Richard N. Watts as attorney of record for Separate Defendant Reitnouer, Inc.

**IT IS SO ORDERED**, this 22nd day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge